**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 23-6303**

—————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

MARVIN LUCIEN MADDICKS,

        Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Mark S. Davis, Chief District Judge.  (4:16-cr-00070-MSD-LRL-1)

—————————

Submitted:  June 22, 2023                      Decided:  June 27, 2023

—————————

Before HARRIS and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Marvin Lucien Maddicks, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marvin Lucien Maddicks, a federal prisoner, appeals the district court's order denying his motion for reconsideration of the court's prior order denying his motion for compassionate release. Maddicks also appeals the district court's denial of his request for appointed counsel. Having reviewed the record, we conclude that the district court did not abuse its discretion in ruling that the pertinent 18 U.S.C. § 3553(a) factors weighed against compassionate release. *See United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021) (explaining standard of review). We are also satisfied that the district court did not abuse its discretion in declining to appoint counsel. *See United States v. Legree*, 205 F.3d 724, 730 (4th Cir. 2000) (recognizing criminal defendant has no right to counsel in 18 U.S.C. § 3582(c) proceedings). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2